

FILED
GREAT FALLS D..
2009 JUL 29 PM 3 39
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| RANJEET SINGH,<br><br>            Plaintiff,<br><br>vs.<br><br>BRIAN SCOTT; ROSE GEORGE; TAVIA HULME; BRAD THRALL; RASHMIRANJAN JYOTIPRAKASH; CBP AGENCY AT SWEETGRASS (POE), SWEETGRASS, MT, USA; PROSECUTION AGENCY, AUSA (US GOVERNMENT),<br><br>            Defendants. | No. CV 08-86-GF-SEH<br><br>**ORDER** |

On June 17, 2009, United States Magistrate Judge Keith Strong entered

-1-

Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendations for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. The Complaint[2] is DISMISSED WITH PREJUDICE.

2. A certificate of appealability is DENIED. The docket shall reflect that any appeal would be taken in bad faith as the Plaintiff's claims are so frivolous that no reasonable person could suppose an appeal would have merit. Fed. R. App. P. 24(a)(3)(A)

DATED this 29th day of July, 2009.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[1] Docket No. 11.

[2] Docket No. 2.